## Willie Franklin EVANS, Petitioner–Appellant,

v.

## M.E. RAY; Janet Reno, Respondents–Appellees.

## No. 01–6545.

United States Court of Appeals, Fourth Circuit.

Submitted Aug. 9, 2001.

Decided Aug. 15, 2001.

Willie Franklin Evans, pro se.

Before NIEMEYER, MOTZ, and GREGORY, Circuit Judges.

PER CURIAM.

Willie Franklin Evans seeks to appeal the district court's order denying his motion for a certificate of appealability. We have reviewed the record and the district court's order and find no reversible error. Because Evans can potentially refile his claims under 28 U.S.C.A. § 2255 (West Supp.2000),[1] we find that he has failed to make a substantial showing of the denial of a constitutional right. *See* 28 U.S.C.A. § 2253(c)(2). Accordingly, we affirm the district court's order. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*

1. We express no opinion on the ultimate suc-  cess or failure of a § 2255 motion.